# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2007

132552

KEITHIE MOTLEY,
        Plaintiff-Appellee,

v

GENESYS REGIONAL MEDICAL CENTER,
GENESYS HEALTH SYSTEMS, and TARIK J.
WASFIE, M.D.,
        Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132552
COA: 261928
Genesee CC: 03-077896-NH

On order of the Court, the application for leave to appeal the October 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. This denial is without prejudice to the defendants moving, at trial, for dismissal on the basis of the statute of limitations.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2007

_____
Clerk

t0327